IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD PAUL MARCHAND,

    Petitioner,           No. CIV S-05-0020 DFL KJM P

    vs.

JEANNE WOODFORD, et al.,

    Respondents.      ORDER

_____/

        Petitioner is a parolee proceeding with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On May 9, 2005, the court dismissed the petition but granted petitioner leave to file an amended petition. Petitioner filed the amended petition on June 9, 2005.

        Petitioner raises three grounds. In the first, he alleges that "since a 1962 arrest after being expelled from a [sic] adult high school . . . . . . until present time a conviction hasn't ben legal. . . . the sentencing phase need further review. Pet. at 5. His other grounds appear to be related, stemming from the requirement, following his 2000 conviction for stalking, that he register as a sex offender.

        It appears that petitioner is challenging judgments from more than one state court in a single petition; this is not permissible under the habeas rules. Rule 2 (e), Rules Governing

/////

Section 2254 Cases; <u>Bianchi v. Blodgett</u>, 925 F.2d 305, 308-09 (9th Cir. 1991).  Petitioner will be given another opportunity to file an amended petition.

IT IS HEREBY ORDERED:

1. The amended petitioner filed June 9, 2005 is dismissed.  Petitioner may file a second amended petition within thirty days of the date of this order.

2. The Clerk of the Court is directed to send petitioner the habeas corpus form for this district.

DATED:  December 6, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
marc0020.dlta